```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

VEG-FRESH NY, INC.,

                    Plaintiff,
                                                    ORDER
        - against -
                                              22 Civ. 9422 (NRB)
KINGS INTERNATIONAL GROUP
INC. d/b/a KIG SOLUTIONS,
MOMENTUM LOGISTICS, INC.,
CHINA INT'L FREIGHT CO., LTD,
COSCO SHIPPING LINES (NORTH
AMERICA, INC) and COSCO
SHIPPING LINES CO., LTD.,

                    Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

```
DATED:    New York, New York
          July 18, 2023
```

                                              _____
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE