```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

VEG-FRESH NY, INC.,

                    Plaintiff,
                                                    ORDER
         - against -
                                              22 Civ. 9422 (NRB)
KINGS INTERNATIONAL GROUP
INC. d/b/a KIG SOLUTIONS,
MOMENTUM LOGISTICS, INC.,
CHINA INT'L FREIGHT CO., LTD,
COSCO SHIPPING LINES (NORTH
AMERICA, INC) and COSCO
SHIPPING LINES CO., LTD.,

                    Defendants.

---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** plaintiff requested a 15-day extension of its deadline to file an application to restore the above-captioned action to this Court's calendar; it is hereby

**ORDERED** that plaintiff's application is granted.

DATED:   New York, New York
         August 17, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE